UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Case No: 01   '08 MJ 2324 |
| Plaintiff, | ) |
| | ) CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA |
| v. | ) COMPLAINT FOR VIOLATION OF: |
| | ) DEPUTY |
| **Jesus ZARATE-Ramirez** | ) Title 8, U.S.C., Section 1326; |
| | ) Deported Alien Found in the |
| | ) United States |
| Defendant. | ) |
| | ) |

The undersigned complainant, being duly sworn, states:

On or about **July 24, 2008,** within the Southern District of California, defendant, **Jesus ZARATE-Ramirez**, an alien who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States without the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Deportation Officer
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **30th** DAY OF **July, 2008.**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On Thursday July 24, 2008, the defendant, Jesus ZARATE-Ramirez, was arrested by the San Diego Police Department in violation of Vehicle Code 23152(B) "Driving Under the Influence of Alcohol" and was booked into San Diego County Jail. An Immigration Enforcement Agent with Immigration and Customs Enforcement (ICE) determined the defendant to be a citizen of Mexico and placed a Form I-247 "Immigration Detainer" pending his release from local custody.

On July 29, 2008, at approximately 04:00 a.m., the defendant was referred to the custody of ICE at San Diego, California. An Immigration Enforcement Agent reviewed various sources of information and conducted official record checks in regards to the defendant confirming him to be a citizen of Mexico who was previously deported or removed from the United States.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed the defendant was most recently ordered removed or deported from the United States by an Immigration Judge on October 24, 1994; and removed to Mexico on October 26, 1994 via the Otay Mesa, California, Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States lawfully.

The Automated Biometric Fingerprint Identification System (IDENT) was utilized and compared the defendant's fingerprints to those contained in this database. The results confirmed his identity as Jesus ZARATE-Ramirez, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.