AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

UNITED STATES OF AMERICA,
         Plaintiff,
    v.
JESUS ZARATE-RAMIREZ,
         Defendant.

**APPEARANCE**

Case Number: 08MJ2324

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JESUS ZARATE-RAMIREZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/31/2008 | /s/ SHAFFY MOEEL |
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD    238732 |
| | Print Name                                  Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA   92101 |
| | City               State            Zip Code |
| | (619) 234-8467       (619) 687-2666 |
| | Phone Number                         Fax Number |

## CERTIFICATE OF SERVICE

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: July 31, 2008                                                      */s/ Shaffy Moeel*
                                                                                   SHAFFY MOEEL
                                                                                   Federal Defenders of San Diego, Inc.
                                                                                   225 Broadway, Suite 900
                                                                                   San Diego, CA 92101-5030
                                                                                   (619) 234-8467 (tel)
                                                                                   (619) 687-2666 (fax)
                                                                                   e-mail: Shaffy_Moeel@fd.org